1  ORRY P. KORB, County Counsel (S.B. #114399)
   MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California  95110-1770
   Telephone: (408) 299-5900
4
   Attorneys for Defendant
5  COUNTY OF SANTA CLARA

6  DAVID J. STOCK, ESQ. (S.B. #85655)
   RANKIN, STOCK & HEABERLIN
7  96 N. Third Street, Suite 500
   San Jose, California  95112
8  Telephone: (408) 293-0463

9  Attorneys for Defendant
   OFFICER PHILLIP ABECENDARIO
10
   DAVID S. ROSENBAUM, ESQ. (S.B. #151506)
11 McDOWALL COTTER
   2070 Pioneer Court
12 San Mateo, California 94403
   Telephone: (650) 572-0834
13
   Attorneys for Defendant
14 OFFICER TUAN LE

15 ROBERT R. POWELL, ESQ. (S.B. #159747)
   SARAH E. MARINHO, ESQ. (SB #293690
16 LAW OFFICE OF ROBERT R. POWELL
   925 West Hedding Street
17 San Jose, California 95126
   Telephone: (408) 553-0200
18
   Attorneys for Plaintiff
19 RUBEN GARCIA

20
                    UNITED STATES DISTRICT COURT
21               FOR THE NORTHERN DISTRICT OF CALIFORNIA

22
   RUBEN GARCIA,                    | No. 16-CV-00012-RMW
23                                  |
            Plaintiff,               | **JOINT CASE MANAGEMENT
24                                  | STATEMENT AND [PROPOSED] ORDER**
   v.                               |
25                                  |
   COUNTY OF SANTA CLARA et al.,    | Date:     April 29, 2016
26                                  | Time:     10:30 a.m.
            Defendants.              | Crtrm.:   6, 4th Floor
27                                  | Judge:    Ronald M. Whyte

28

                                    1

The parties to the above-entitled action submit this Joint Case Management Statement and Proposed Order pursuant to the Standing Order for All Judges of the Northern District of California and Civil Local Rule 16-9.

1. <u>Jurisdiction and Service</u>

This action arises under 42 U.S.C. § 1983. Jurisdiction is conferred pursuant to 28 U.S.C. §§ 1331 and 1343. The County of Santa Clara has been served and filed an Answer. Defendants Phillip Abecendario and Tuan Le have filed waivers of service of summons, and their deadline to respond to the Complaint is May 2, 2016.

2. <u>Plaintiff's Allegations and Pending Criminal Investigation</u>

Plaintiff Ruben Garcia alleges that while he was an inmate at the County's Main Jail, Defendants Abecendario and Le, who are correctional officers, violated his constitutional rights by allegedly using excessive force and denying him medical care in July 2015. Plaintiff alleges that the County was on notice of a pattern of unconstitutional conduct by correctional officers and demonstrated deliberate indifference to this alleged pattern and also allegedly failed to provide adequate training to correctional officers. Defendants deny Plaintiffs' allegations.

The parties believe that the Office of the District Attorney has an open criminal investigation pertaining to the incidents alleged in the Complaint but has not brought charges.

3. <u>Legal Issues</u>

Plaintiff brings claims pursuant to 42 U.S.C. § 1983 for alleged violations of the Fourth, Fifth, Eighth, and Fourteenth Amendments against the correctional-officer defendants and a *Monell* claim against the County. Plaintiff also brings state-law claims for intentional infliction of emotional distress, alleged violations of California Civil Code section 52.1, and breach of mandatory duty.

4. <u>Motions</u>

There are no pending motions. Given the early posture of the case, the parties are unable to identify anticipated motions at this time.

//

//

5. Amendment of Pleadings

Plaintiffs anticipate amending the complaint to correctly spell the full and complete name of Mr. Phillip Abecendario, and include the first name of correctional officer Le.

6. Evidence Preservation

The parties have reviewed the Guidelines for the Discovery of Electronically Stored Information (ESI), which were revised on December 1, 2015. The parties are aware of their obligations to cooperate on issues relating to the preservation, collection, search, review, and production of ESI and that the proportionality standard set forth in Federal Rule of Civil Procedure 26(b)(1) applies to discovery in this case. The parties agree to meet and confer as necessary to address any issues regarding ESI.

7. Disclosures

The parties agree to serve their initial disclosures pursuant to Federal Rule of Civil Procedure 26 by May 27, 2016.

8. Discovery

Discovery has not yet begun. The parties agree that discovery may be impacted by the pending criminal investigation pertaining to the incidents alleged in the Complaint. It is premature at this time to set a discovery schedule given the uncertainty of the timing and outcome of the criminal investigation.

9. Class Action

This case is not a class action.

10. Related Cases

There are no related cases.

11. Relief

Plaintiff will be seeking emotional distress damages, compensation for pain and suffering, past and future medical expenses associated with injuries sustained to his jaw/teeth with anticipated future surgeries, and punitive damages in an amount to be determined at trial according to proof.

12. Settlement and ADR

The parties have agreed to mediation and that the case will not be in a posture to effectively

mediate the case until after the pending criminal matter is complete.

13. <u>Consent to Magistrate Judge for All Purposes</u>

The County has not consented to proceed before a Magistrate Judge.

14. <u>Other References</u>

The parties agree that this case is not suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

15. <u>Narrowing of Issues</u>

At this time the parties are not aware of any issues that can be narrowed by agreement or motion.

16. <u>Expedited Trial Procedure</u>

The parties agree that this case is not suitable for the Expedited Trial Procedure of General Order No. 64.

17. <u>Scheduling</u>

Given the pending criminal investigation and the uncertainty at this time of the timing and outcome of that matter, the parties agree that it is premature to schedule dates for designation of experts, discovery cutoff, hearing of dispositive motions, pretrial conference, and trial.

18. <u>Trial</u>

This case will be tried to a jury, and the estimated length of trial at this time is two weeks.

19. <u>Disclosure of Non-party Interested Entities or Persons</u>

The County is exempt from filing a Certification of Interested Entities or Persons.

20. <u>Professional Conduct</u>

All attorneys of record for the parties have reviewed the Guidelines for Professional Conduct for the Northern District of California.

21. <u>Other</u>

Given the pending criminal investigation and the parties' inability at this time to set a discovery schedule and trial date, the parties respectfully request that the Court continue the Case Management Conference for 60 days.

/ /

1  I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature /S/ within this e-filed document.

ORRY P. KORB
County Counsel

Dated: April 14, 2016          By:          /S/
                                    MELISSA R. KINIYALOCTS
                                    Deputy County Counsel

Attorneys for Defendant
COUNTY OF SANTA CLARA


RANKIN, STOCK & HEABERLIN

Dated: April 14, 2016          By:          /S/
                                    DAVID J. STOCK, ESQ.

Attorneys for Defendant
OFFICER PHILLIP ABECENDARIO


McDOWALL COTTER

Dated: April 14, 2016          By:          /S/
                                    DAVID S. ROSENBAUM, ESQ

Attorneys for Defendant
OFFICER TUAN LE


LAW OFFICE OF ROBERT R. POWELL

Dated: April 14, 2016          By:          /S/
                                    ROBERT R. POWELL, ESQ.

Attorneys for Plaintiff
RUBEN GARCIA

**ORDER**

The Court continues the Initial Case Management Conference to July 1, 2016, at 10:30 a.m.

Dated: 4/19/2016

*Ronald M. Whyte*
RONALD M. WHYTE
Senior District Judge

1298854