```
1  ORRY P. KORB, County Counsel (S.B. #114399)
   MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
2  SABITA SONEJI, Deputy County Counsel (S.B. #224262)
   OFFICE OF THE COUNTY COUNSEL
3  70 West Hedding Street, East Wing, Ninth Floor
   San Jose, California  95110-1770
4  Telephone: (408) 299-5900
   Facsimile: (408) 292-7240
5
   Attorneys for Defendant
6  COUNTY OF SANTA CLARA
```

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose)

| | |
|---|---|
| RUBEN GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA,<br>CORRECTIONAL OFFICER LE,<br>CORRECTIONAL OFFICER LE,<br>CORRECTIONAL OFFICER DARIO, and<br>DOES 1-10, inclusive,<br><br>Defendants. | No. 16-CV-00012-RMW<br><br>[~~PROPOSED~~] CASE MANAGEMENT ORDER |

An initial case management conference was held on July 8, 2016. Robert R. Powell appeared for Plaintiff; Melissa Kiniyalocts and Sabita Soneji appeared for the County of Santa Clara; David Stock appeared for Defendant Phillip Abecendario; and Jennifer Emmaneel appeared for Defendant Tuan Le.

There are pending criminal charges against Defendants Abecendario and Le pertaining to the incidents alleged in the Complaint in this action. The preliminary hearing in the criminal action is tentatively set for September. The parties have agreed to proceed with discovery, so long as the discovery does not impinge on the Fifth Amendment rights of Defendants or the pending criminal case. Discovery shall proceed under the presumptive limits of the Federal Rules of Civil Procedure, but the parties may move to increase these limits.

A further case management conference is set for October 7, 2016, at 10:30 a.m. The parties shall file their joint case management statement by September 30, 2016.

IT IS SO ORDERED.

Dated: July 25, 2016

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

1351148